**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Trio Farms, L.L.C. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-4545488 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **16505 State Rd. 64**<br>**Bradenton, FL 34211**<br>Number, Street, City, State & ZIP Code | **P.O. Box 110598**<br>**Bradenton, FL 34211**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Manatee**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor **Trio Farms, L.L.C.**                          Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor **C & D Fruit and Vegetable Co., Inc.**          Relationship **Related Entity**

District **Middle District of Florida, Tampa Division**     When _____     Case number, if known _____

Debtor   **Trio Farms, L.L.C.**
　　　Name

Case number (*if known*) _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
　　　Contact name _____
　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　☐ 1,000-5,000　　☐ 25,001-50,000
☐ 50-99　　☐ 5001-10,000　　☐ 50,001-100,000
☐ 100-199　☐ 10,001-25,000　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　■ $1,000,001 - $10 million　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　☐ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　■ $1,000,001 - $10 million　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　☐ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion

---

Debtor    **Trio Farms, L.L.C.**                                        Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2 / 9 / 2018
               MM / DD / YYYY

X _____          **Thomas M. O'Brien**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

**18. Signature of attorney**

X    /s/ Edward J. Peterson                    Date    2/9/2018
Signature of attorney for debtor                       MM / DD / YYYY

**Edward J. Peterson 0014612 - Florida**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone    **(813) 229-0144**    Email address    **epeterson@srbp.com**

**0014612 - Florida FL**
Bar number and State

Agri-Flow, Inc.
1815 Lakeview Dr.
Sebring, FL 33870

Agri-Tech Services, Inc.
31940 Clay Gully Rd.
Myakka City, FL 34251

Allied Portables, LLC
P.O. Box 61809
Fort Myers, FL 33906

Bill's Discount Furniture
1001-9th St. W.
Bradenton, FL 34205

C&D Fruit and Vegetable Co., Inc.
P.O. Box 110598
Bradenton, FL 34211

Cedar Point Nursery
P.O. Box 1447
Klamath Falls, OR 97601

Chemical Dynamics, Inc.
P.O. Box 486
Plant City, FL 33564-0486

Council Oxford, Inc.
P.O. Box 475
Ruskin, FL 33575-0475

Crop Production Services
12120 US Hwy 301 North
Parrish, FL 34219

Farm Credit of Florida, ACA
1311 Hwy 17 N.
Wauchula, FL 33873

Filmtech Corp.
P.O. Box 808
Lyndhurst, NJ 07071

G W Allen Nursery Ltd.
7295 Hwy 221, RR #2
Centreville NS BOP1JO
CANADA,

Helena Chemical Co.
P.O. Box 198153
Atlanta, GA 30384-8153

Highland Packaging Solutions
1420 Gordon Food Svd Rd.
Plant City, FL 33563-7000

Howard Fertilizer & Chemical
P.O. Box 978926
Dallas, TX 75397-8926

International Paper
P.O. Box 532629
Atlanta, GA 30353-2629

John Deere Financial
P.O. Box 6600
Johnston, IA 50131-6600

Keen Farm & Grove, Inc.
P.O. Box 203
Parrish, FL 34219

Kennco Mfg., Inc.
P.O. Box 1158
Ruskin, FL 33570

Kichler Farms Limited
306 Evergreen Hill Rd., RR#2
Simcoe, ON N3Y 4K1
CANADA,

Manatee County Tax Collector
4333 U.S. 301 North
Ellenton, FL 34222

MD Council & Sons, Inc.
P.O. Box 1246
Ruskin, FL 33575

O'Brien, Tom
P.O. Box 110598
Bradenton, FL 34211

Pallet One of FL, Inc.
P.O. Box 819
Bartow, FL 33831

Pepiniere A. Masse, Inc.
256 R.R.N.
Saint-Cesaire, QC  JOL 1TO
CANADA,

Production Lareault, Inc.
90 rue Lareault, C.P. 96
Lavaltrie, QC  J5T 4A9
CANADA,

Root Solutions
P.O. Bo 1277
Arcadia, FL 34265

TCA Global Credit Master Fund, LP
3960 Howard Hughes Pkwy, #500
Las Vegas, NV 89169

Terry A.C. Gray, Esquire
4651 N. Federal Highway
Boca Raton, FL 33431-5133

TriEst Ag Group, Inc.
P.O. Box 448
Greenville, NC 27835-0448

United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

Vigiron
201 W. Christina Blvd.
Lakeland, FL 33813