# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re: **Trio Farms, L.L.C.**, Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| C&D Fruit and Vegetable Co., Inc.<br>P.O. Box 110598<br>Bradenton, FL 34211 | | 90% | |
| Stephen O'Brien<br>P.O. Box 110598<br>Bradenton, FL 34211 | | 1.5% | |
| Thomas O'Brien<br>P.O. Box 110598<br>Bradenton, FL 34211 | | 8.5% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 2/9/18

Signature: *[signed]* Thomas M. O'Brien

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.