# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **Trio Farms, L.L.C.**
Debtor(s)

Case No.
Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Trio Farms, L.L.C.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**C&D Fruit and Vegetable Co., Inc.**
**P.O. Box 110598**
**Bradenton, FL 34211**

☐ None [*Check if applicable*]

February  9, 2018
Date

/s/ Edward J. Peterson
**Edward J. Peterson 0014612 - Florida**
Signature of Attorney or Litigant
Counsel for    **Trio Farms, L.L.C.**
**Stichter, Riedel, Blain & Postler, P.A.**
**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
**(813) 229-0144 Fax:(813) 229-1811**
**epeterson@srbp.com**